UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer Price,                                    Case No. 3:25-cv-91

       Plaintiff,

  v.                                               ORDER AND
                                         JUDGEMENT ENTRY

Commissioner of Social Security,

       Defendant.

On October 23, 2025, United States Magistrate Judge Carmen E. Henderson issued a Report and Recommendation ("R & R") recommending I reverse the Commissioner of Social Security's nondisability finding and remand the case to the Commissioner and the ALJ under Sentence Four of 42 U.S.C. § 405(g).  (Doc. No. 10).  In the R & R, she notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530-31 (6th Cir. 2019).

(*Id.* at 18).

Although the objection deadline was briefly stayed due to the government shutdown, any objections should have been filed no later than November 28, 2025.  Because the objection deadline has passed and no objections have been filed, I consider the parties to have waived subsequent review of the R & R.  *See* Local R. 72.3(b).  Accordingly, I adopt Judge Henderson's R & R in its entirety as the final Order of this Court.  The Commissioner's nondisability finding is reversed, and the case is remanded to the Commissioner and the ALJ under Sentence Four of § 405(g).

So Ordered.

                                      s/ Jeffrey J. Helmick
                                      United States District Judge